# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMARCUS M. MATHEWS

NO. 2020 KW 0402

**JULY 20, 2020**

---

In Re:    DeMarcus M. Mathews, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 04-14-0670 & 04-14-0685.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to correct an illegal sentence on May 26, 2020.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT